=================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__   DISTRICT OF   __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:05-CV-1203 (LEK)

IN RE:

**BRUNSWICK BAPTIST CHURCH**                    Bankr. Case No. 03-13719

                                                Chapter 11

                  Debtor.

**CHARLES BORDEN**, *et al.*,

                  Appellants,

   -against-

**BRUNSWICK BAPTIST CHURCH,**

                  Appellee.

_____   JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__   DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED in its ENTIRETY, in favor of the appellees (the decision of the Bankruptcy Court is affirmed) and against the appellants, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated January 16, 2007.

DATE:   January 16, 2007                        ***LAWRENCE K. BAERMAN***
                                                CLERK OF THE COURT

                                                *Scott A. Snyder*
                                                **Courtroom Deputy to the
                                                Honorable Lawrence E. Kahn**